THORNTON *v.* THE STATE.

GILBERT, J. The court did not err in ruling that the dying declarations were prima facie admissible. The verdict was supported by evidence, and the judgment of the court refusing a new trial will not be disturbed.

*Judgment affirmed. All the Justices concur.*

No. 1743. JANUARY 17, 1920.

Indictment for murder. Before Judge Graham. Bleckley superior court. September 27, 1919.

*J. M. Bleckley,* for plaintiff in error.

*Clifford Walker,* attorney-general, *W. A. Wooten,* solicitor-general, and *M. C. Bennet,* contra.